The Honorable, the Judges of the United States Court of Appeals for the Fourth Circuit. Oyez! Oyez! Oyez! All persons having any manner or form of business before the Honorable, the United States Court of Appeals for the Fourth Circuit, are admonished to draw an eye and give their attention, for the Court is now sitting. God save the United States and this Honorable Court. All right, we'll start with Bell v. Brockett and Mr. Capua. Defendants' class actions, you don't see many of them. May it please the Court. Counsel, my name is Paul Capua and I, along with my co-counsel, Taria Tribble, we represent the appellants in this case. The appellants are a group of, a small group of members in a class action, a defense class action of approximately 10,000 U.S. citizens. The issue before this Court is whether, among other things, that representation was adequate, and we submit, the appellants submit, that it wasn't. Your Honors, before we begin, I'd like to debunk a few minor misconceptions. The first is that somehow the appellants are apologists for Zeke. They are not. Another misconception, Your Honors, is that perhaps... That they are what? Apologists for Zeke Rewards, which is the receiver company that did the scheme. Well, they're in the peculiar situation in that some aspect of the cash flow, they were victims, and some aspect, they were enriched. And the class apparently is just after the aspect of these particular defendants to the extent they were enriched. But they, their payouts were netted, and there's no claim that they knowingly, at least fraudulently, participated in this. Now, they probably were aware, some of them were aware of what's going on, maybe, I don't know. Your Honor... I don't think that's necessary to the theory of the case. Your Honor is correct. There is no, absolutely no dispute, at least from the receiver, that the appellants, or much less the class itself, was complicit at all in this scheme. However, Your Honor, what is important is that Your Honor mentioned the net winnings and the individual enrichment. Your Honor, that is a fundamental, a fundamental issue in this case, which has not been properly adjudicated. And that's one of the issues that we'll be addressing. Your Honor, so really, the simple truth is, the simple truth in this case, is that there was not an adequate representation of this 10,000 strong member class. Let me ask you, I looked at the papers that were filed and the ruling of the court, and while the court was a little loosey goosey with the certification, because it's supposed to include the designation of the lawyer, the lawyers functioning before the court, before the formal designation, filed a fairly thorough brief and raised a lot of issues. All of which, and I don't know what other issues might have been raised. Basically, the whole thing is an unjust enrichment, constructive trust type of a claim. And they challenged many aspects of that. And I'm not sure that is subject to much criticism. I think what is subject to criticism, and you have criticized it, is that the certification order didn't include the attorney's name. And that was done later, with a seven month gap or something, a nine month gap. But that is a procedural question, and the question of whether that harmed anything. But when you look at the actual papers, the lawyer, I thought, did a pretty good job. You can critique it. I'm just exploring this with you. I understand, Your Honor. I'd like to clarify one thing. One of the appellant's main issues is not simply that the court failed to appoint a lawyer in the certification order. We know that didn't happen. We also know, Your Honor, that for a period of seven months following that certification order, there was no appointment of a class counsel. That is unprecedented in the history of class action law. We know the rules say that you must appoint a class action lawyer at all stages to protect the class. But during that period, every one of the representative parties was represented by an attorney. And there was a group of attorneys. I don't remember how many there were, six, seven attorneys, representing the representative parties. And they were putting up a fight. And they also knew that they were representative parties at that point. So there was representation de facto. There was not the appointment. And I think to make the statement you just made is a little bit of an overstatement to suggest the class didn't have counsel. The representative parties knew they were representing the class, and they were represented and vigorously fighting. Your Honor, I understand Your Honor's point, but I respectfully disagree. Well, I was just observing the record. That's uncontroverted, isn't it? No, it is controverted, Your Honor. We know during that period, we know the record is clear, that during that period, the court was, in fact, communicating with a cohort of lawyers who were representing individual defendants. Representing the representative parties, because the parties already knew they were class representative, and the class had been certified. So at the point, they were represented by, it's not as if they were individuals and the class is hanging out there without representation. The representative parties were represented by lawyers, and the lawyers were fighting, and they knew they were representing defendants individually as representative parties on behalf of the class. Your Honor, we believe that the record shows that none of those lawyers had assumed the obligation and duty to represent the class. And we believe that the record establishes that. What more would they do? Pardon me, Your Honor? What more would they do? Your Honor, what they could do, for example, is one of the things that we allege, and one of the things that the court should have done, is when vetting these lawyers, that it required, that it followed, number one, the mandatory considerations that a court must follow when it is appointing a class counsel. So, for example, Your Honors, we know under Rule 23G1 that the court is required under Rule 23G1 to look at a number of factors. These include the particular lawyer's experience in class action law. So I don't mean to cut you off, but I'm familiar with those elements of the rule, and I think it's clear that that wasn't formally done. Is there law on the issue of whether in a situation like this with a mandatory provision of the rule, we look at harmless error or prejudice? Are there cases that say harmless error or prejudice can obviate strict compliance with the rule? Because I looked at that, and I was trying to see, do we have the authority to do an unfair prejudice-type consideration, or does it strictly follow the rule or not? Your Honors, we were unable to find. In fact, the law that we found on this very point is that the failure to follow those mandatory considerations, which were promulgated in the rules, is by itself error. We were unable to find any harmless error theory under the law, but we submit that the error was harmful, and we'll tell you why. Your Honors, look at this record. There is not one iota of evidence in this record that Mr. Edmondson or any colleague that was assisting him, class counsel, had any experience in class action law. The only evidence in the record that the Court considered when appointing and discussing the appointment of class counsel, and Your Honors, he said, the Court said, I know that you will represent the class adequately because you have to. That's what the Court said, and that was the extent of the Court's consideration. And that was done early in the process. Fast forward until the appellant's move for intervention, and in the SIR reply brief, Mr. Edmondson filed an affidavit, and his affidavit says that his experience as an SEC enforcement lawyer, there was no indication in his affidavit that he had class action experience. What would an experienced class action attorney have done in this case that was not done on behalf of, well, not on behalf of, but on behalf of the named representatives by their counsel? What was missing? A very, very important point. What we submit was one of the more fundamental unfair acts in this case was the, and we believe it was because the class action counsel, Mr. Edmondson, failed to appreciate the responsibilities of the class and the duties that went with it. And the answer to your question directly, Your Honor, is that class counsel failed to insist on challenging the receiver's damages as it related to each of the individuals in this case. And allow me to explain because that is fundamental. We know under the class action law, United States Supreme Court and Amgen products says that the class action rules are simply to create a procedural device for economy to assist in resolution. Yeah, but let's get first the fundamentals. As I understand it, the class representation ended after the procedure was adopted for determining damages. And that class representation. And so the question that Judge Keenan is raising is what if a person had been formally designated and at that point each of these defendants retained counsel of their choice and these counsel worked together and fought the court. There was no damages issue. There was a procedural question as to how the damages were to be determined. But that was perfectly normal to basically start with a prima facie case and let each individual challenge it. But set that aside for the moment. The question is on liability they fought. And they fought because they were representing their own clients just like they would represent the class. And their own clients were representing the class. And so the question is would they have done anything differently during this seven-month period where there was a formal declaration that they were class counsel. Yes, the answer is yes. And it goes to this fundamental question of damages. But there was no damages during that period. But the damages process started in that period. Your Honors, we know that when the court certified the class, which was in February of 2016, we know there was no class counsel. The court acting without a class counsel, without an interim class counsel, began vetting experts for the defendant class. And again, this is the court acting without an appointed class counsel, begins to vet the expert for the class. It sounds as if the class is hanging out cold. The fact is they knew they were representing the class. The representative parties had been designated representatives of the class. And they were lawyers functioning. And they filed papers and they filed oppositions and they made decisions. There was no damages. They were setting up for damages. But the process for damages became individualized. The court designated the class only for liability and the process for declaring damages. And at that point, each individual defendant, if he wished to go beyond that, would have to challenge that. Now, just focus on the period, the seven-month period, what they would have done differently had there been a formal designation as opposed to this informal. Absolutely. So during this period, during the period where there was no class counsel, what happened was there were members who were discussed as being possible class counsel, Your Honors, but there was not an appointment. And that becomes significant because as it relates to the damages, what happened was there were... Excuse me for interrupting, but maybe stay on track by telling us what had to be done or should have been done that wasn't done. Exactly. When the court authorized BRG, the defense class counsel, to proceed with its Phase I report, BRG proceeded to prepare the Phase I report. When the Phase I report came out, that report, a defense report, stated that there were serious shortcomings in the ability to determine an individual's net winnings, the inflow and outflow from the account. So there was a lack of reliability, according to the defense expert in Phase I, to be able to determine the damages. The court, even the court and even the lawyers who were working with the court at that time, expected BRG to actually, in its Phase II report, make a determination as to the reliability of the receiver's expert's damages for the individuals. So a class designation with the certification would have changed that? It wouldn't have changed it one iota. They would have still done that. The problem they were facing is the data were imperfect. But they had data on everybody. And so what they said, we are going to take, make, the court was satisfied there was a prima facie demonstration of damages for each individual member. And that each individual member could come forward as an individual to challenge that. A whole process. They could do it by themselves. They could do it with counsel. They could have a jury trial. But that was after the class had completed its work, which was to get that process in. But to get back to the question that Judge Keenan asked is, what would class counsel have done any differently had he had the formal title class counsel? Because he did exactly, he explained why he did it. It was a judgment call. What class counsel would have done, what should have done, which was not done in this case, is actually challenge the receiver's expert damages as it related to each individual. That was not done. What actually happened was, for some reason we do not know to date, the Phase I report was shelved. The scope of determining for the defense expert the damages as each individual was excluded from the Phase II report. It was absolutely excluded. Then what happened, Your Honor, is that when that was submitted, as soon as the Phase II report was submitted, the receiver moved for summary judgment. Summary judgment orders were entered, and then the process order was entered, without objection by class counsel, which permitted the receiver to use the untested, unchallenged, and unverified findings of their own expert. A lot of those things are strategy issues that may or may not create issues for professional responsibility. Kind of going back before you get to damages issues, is there anything about liability? Forget for a second, you've talked about damages. I think we understand what you have to say about that, or you said that. What about liability? Should the class counsel, for example, have challenged personal jurisdiction of absent class members? Your Honor, I see that I have about five seconds left. May I? Yeah, go ahead and answer. Your Honor, there are a number of things that we contend the class counsel should have done that he didn't do. And most importantly, Your Honor, I cannot say as a personal jurisdiction whether that would have been a valid point. That issue has been argued and litigated in class actions before. It is something that the court should have considered. However, we believe that the major thrust of the failings that were done by the class counsel was, first of all, the court to not have one appointed during the liability phase to actually determine the scope of the damages and the proper methodology for litigating the damages phase. And we know that in a class action like this, where the ultimate question is going to be the level and the extent of enrichment, is what are the individual's damages? And there were no protections that were put in place during the liability phase and certainly completely abrogated during the damages phase. Well, the liability phase didn't address that. The liability phase determined whether the receiver could claw back these excess amounts from the class members. And the class was defined as those who had excess amounts. So the liability didn't address that. They did have a process order. But I thought, was the process order agreed to between class counsel and the receiver? It was. So there was no objection to it. You said they didn't file an objection. They negotiated that and hammered that out. And then they presented that to the court. And that was the last act class counsel had responsibility for. And then after that, the notice was given to the individuals to the best ability to let them, under the process order, take the steps necessary. I'm still out of time.  Yeah, answer that. Yeah. So, Your Honor, there was no negotiation of the process order. We have looked at the time records of Mr. Edmondson. And he did not, Bill, and they're in the record, he did not spend any time negotiating or fighting on the process order. It was entered without objection. Now, what's the problem with the process order? The process order, fundamentally, Your Honor, allows the receiver, there are a number of problems with it. First and foremost, it allows the receiver to literally use the damages numbers, the numbers that Your Honor claimed were the numbers that showed enrichment, to use those damages when no one had ever tested the validity of that or the accuracy of that. You take an ordinary trial, and the plaintiff in an ordinary trial puts on the best evidence he has on damages. If they're not perfect, as long as it makes a prima facie case, the defendant comes in and responds and say, nay. Now, if there's not a prima facie case, there's something else. But I looked at those data. There's a column that says how much they paid in, how much they got out, and the differential. And if it was over $1,000, they were a member of the class. Your Honor, the entire utility of a class action is to allow the class to have the resources. No, stick away from that class action. Let's stick with the individual damage. You're challenging the methodology on damages, and I'm suggesting in an individual suit, a plaintiff comes in and puts in those data. The defendant says they're wrong. The defendant can say why. And the question is, the receiver put in those data, drawn from the business records of the enterprise, computer records, they were not perfect. The records weren't perfectly kept, but they were records that indicated, with respect to each person, the amount paid in, the amount paid out. And now the burden shifts to the defendant to say that those damages are not good. And they had that opportunity. They did not, Your Honor. In an individual case, as you mentioned. But why didn't they have the opportunity? They were told that they had the opportunity and they can take it. Your Honor, in the individual case that you mentioned, the defendant has the ability to take the expert's deposition, the opposing party's deposition, and to test the reliability of that data, the assumptions of that data. Any individual could have done that? Could not have done that in this case, Your Honor. Why? Because the resources of the individual, of the 10,000-member class, some of which had very few. I understand, but that's true in any lawsuit. In other words, you're criticizing the individual's actions now, not the class attorney's, who put this process order into place and then ended his tax. It was a fair order, wasn't it? It was not, Your Honor. If you look at the process order, if you look at the process order very carefully, there is no mechanism to be able to conduct discovery and challenge the expert's damages, number one. Number two, that's just facially not demonstrated. There is a whole complex process for challenging those numbers, including a jury trial. The structure, Your Honors, the structure of that order, if we read that order in context and we read the provisions, it does not indicate that any member had an ability to conduct any discovery relative to damages. We're talking about a 10,000-member class that would not have had any explanation about how this complicated order would have worked. And if you follow the provisions, there is no mechanism provided in that order to be able to conduct that discovery. So, Your Honors, I am out of time. Yeah. Why don't we get you back on rebuttal? We will. Thank you very much. All right, Mr. Brenner. Good morning, Your Honors. If it may please the Court, I think the best place for me to start is with Judge Keenan's question, which was what would a class action attorney have done which was missing? The answer is nothing. This case was handled with fundamental fairness from beginning to end. You were, I don't know if you personed it, but you were generally representing the receiver, is that right? Yes, sir, Your Honor, and I was personable. Yeah. And submitting a certification order without the requirements explicitly laid down in the certification under 23C set the Court off on an error, right? Well, Your Honor, yes, in the sense that Rule 23G was not mentioned. Not G, not G, 23C. 23C says explicitly there has to be a designation of class counsel in the order, certification order. Yes, Your Honor, and I think that And it then says that process has to follow 23G. Yes, sir. Explicitly. Yes, sir. All right, and the Court didn't do that in the certification order because the order you presented to the Court didn't have it. That's correct, Your Honor, but I think as Judge Quattlebaum pointed out, and I believe your questions have pointed out, the substantive effect and discussion in the order was to determine the adequacy of the class representatives and their counsel. And the Court carefully went through and noted the experience, the qualifications. This is what the rule says. That was in the class, in the certification order. No, there was nothing about the quality of the lawyers. It basically said the lawyers will continue representing them or whatever. This says an order that certifies a class must define the class and the class claims, issues, or defenses, and must appoint class counsel under 23G. And then 23G says must go through and examine, consider the qualifications of the counsel with respect to four categories. Must consider 1, 2, 3, 4. And the Court never did that under 23G1A. And so the question, and this was all, the Court basically responded to the order you submitted and said, okay, this is fine, because the theory of the case, I mean, it's a defendant class action, which is it flips the whole coin. We don't see many defendant class actions. And basically it's almost every act you take is a due process problem because you're forcing defendants to come before them, you're forcing lawyers on the defendants, and you're forcing judgments on the defendants. Now, in the criminal context, we do that. But in the defendants class action context, we have to be very careful. And the question is whether these defendants got the process that the rule provides them. Now, the argument you make, and it may be a valid one, is that, okay, there was a failure under 23C, but it didn't hurt in this case because they did a good job. I believe that's absolutely correct. That's your argument. So that raises Judge Quattlebaum's question. Is this error subject to harmless error analysis? We believe it is, Your Honor. Under what authority? We've not found a case that addresses this particular issue. Is there? I'm sorry, go ahead. I asked you a question. Please finish your answer. Well, that's fine. There's no suggestion that Rule 61 doesn't have equal dignity with Rule 23. I mean, I think in terms of the, again, the substance of what the district court considered and ordered, and it can be found at page 741 and 2 of the record, the court in the class certification made findings that the class representative counsel were a competent counsel who filed extensive answers and motions to dismiss. They were experienced and qualified attorneys. And the real issue was how they were going to be paid. I'm sorry. I see. That goes well to a harmless analysis because it looks to me like the papers filed were quite thorough and made numerous arguments that the court addressed at length. There were some issues on this, on liability. But in the certification order, the court recognized that these attorneys were doing a fine job and that they would adequately carry things out. I'm bothered by that. We have a defendant class action, which are rare. And under the law that I've read, if anything, the due process considerations are high because you have someone who stands to lose as opposed to stands to gain. And we have a 23B1 or 2. It's kind of a little unclear which one type of class where they're not even by rule entitled to notice. They're not entitled to opt out. And this provision, I know they received notice here, but they weren't given the right to opt out ever. And under what happened, they didn't have a lawyer at least specifically designated with ethical obligations to them. Now, maybe harmless error is something we can look at, but it looks like there's not a whole lot of appreciation of the due process issues that apply to defendant classes that are even more severe than the plaintiff's classes. Your Honor, with all due respect, I don't think that is a fair characterization in terms of the fairness of it and what the district court and the receiver and Mr. Edmondson, the representation that was provided to the class. We believe the record reflects that it was absolutely fair. And the class representative's counsel understood even before class certification that what they were doing was benefiting the class. And one of the counsel, Mr. Terpening, wrote a letter to the judge, and that's at page 25, 32, and 33 of the record. And he said that virtually all of the work that's been performed for the defendants has benefited any future class. That may be true. As well as virtually all the future work. I think that's what Judge Niemeyer's point earlier. These folks understood that. Well, it was actually explicit because it was a court determination that there was a class and that these defendants were representing the class. The requirement that a specific class counsel be appointed sort of left it where the attorneys representing the representative parties were representing the class. They had to understand that because the court said they were representing the class. But 23C requires in the order the designation of counsel with the consideration of those counsel under 23G. And that was not complied with. And so the whole issue, and that's been raised. The question is what difference would have been made. And you've heard basically I think the defendants are contending now that some of the decisions that were made by counsel were inappropriate. But I'm not sure where that takes us. Those were judgment calls. And let me address that in a little bit more detail because quite a bit more was done than they have suggested in terms of validating the numbers that were ultimately used to determine the net winnings of particular net winners. What was done, Your Honor, is that the district court spent more than $330,000 on the defense expert who went in and validated all of these databases. Now, Your Honor, as you pointed out, the numbers, the data was imperfect in some respects. But it was imperfect according to the defense expert in the sense that the money in couldn't be validated or couldn't be corroborated. So they knew what the databases said. They knew what the company records said. But they didn't, in terms of money coming in, have bank records to validate that because the bank records were each individual person's. Well, what's the fairest way ultimately to get to that? It's what we did. We gave each individual person the opportunity. We said, okay, here's what the records show. And you have an opportunity through the Internet, which is how they participated in this scheme in the first place, to tell the receiver, tell the court, if your bank records, your records, whatever they might have been, show a different amount. And there was a long process of appeal to a special master, ultimately to the court, if anybody wanted to go through that. But that was all in place. And those numbers were validated. Those database numbers that were the basis for the receiver's net winner calculation were validated both by the expert for the receiver and by the defense expert who said that we can replicate the data in the company's records. So that was done. Also, the protocol for the damages, the damages calculation was done at the summary judgment stage when there was class counsel. And, in fact, the class counsel who they criticized was also the personal counsel for one of the appellants, Mr. Brockett. Mr. Edmondson personally represented Mr. Brockett at summary judgment. And at summary judgment, it was full summary judgment as to him. If there was class counsel appointed at the time of certification, would there have been any ability for class counsel at that point to raise issues like whether any of the defendants were subject to personal jurisdiction? Other counsel said that issue's been litigated. It's been litigated in plaintiff's classes, very little in defendant's classes. Were those issues available to counsel to raise or other issues related to certification? Could they have moved to decertify and further consider individual interests? Is there anything like that that was available or did that ship sail? Your Honor, the defense counsel and anyone, for that matter, in the class had the opportunity to appeal the class certification order. That was not done. Once Mr. Edmondson was appointed as class counsel a few months later, he had the ability to raise any issue on behalf of the class that was not barred for some other reason. But it was just a short window of time in which there was not a designated single class counsel. But once he was appointed, Mr. Edmondson can and did raise a number of issues to the extent the facts and the law allowed. Quite frankly, the facts were overwhelmingly supporting the fact that this was a Ponzi scheme. In fact, the folks who ran the Ponzi scheme either pled guilty or were found guilty by a jury. The experts were just adding up the numbers. But again, those company records were validated by both sets of experts. And the appellant's contention that there should have been appeals or there should have been complaints about this, it doesn't make you a bad lawyer if you don't file a frivolous appeal. And so that was the fundamental fairness. But yes, the class counsel could have raised any issue. How many, what's it, about 25% have settled? 2,500 have settled. So a bit more than 25% have reached some settlement. And we have been, the receiver has tried to be generous in terms of the settlements. The average settlement has been less than 50%. So to the extent that even there is any imperfection in the data, beyond the individual class member's opportunity to provide whatever information they would have that the company would not have. Is the plan that after the receiver completes efforts to collect money, then there will be a distribution, a prorated distribution to victims? Yes, sir, Your Honor. And in fact, the interim distributions have already occurred. All right, thank you. Yes, sir. Mr. Capito, can I ask you what would you have us do as a remedy at this stage? Your Honor, we recognize the significance of the request that we're making. And we are not insensitive to that. But what this class needs, they need on a class-wide basis to do what the counsel didn't do. If we're to give you a remedy, what is the remedy? How are you going to phrase the remedy that we would give you? The remedy would be to allow a discovery and a full challenge to the damage calculations presented. We wouldn't address that. We have a judgment before us. I see, Your Honor. And so you want to vacate the judgment and do what? Remand it to the district court for what purpose? Yes, Your Honor. We would like to have the court remand the case back to the court to decertify the class to the extent that the class members can have the ability to challenge the theory. Well, you haven't challenged the certification order, other than the appointment of counsel. The class is defined. The class members are defined. And the certification order laid it all out, the theory and so forth. And you haven't alleged errors. So we shouldn't set aside that in terms of the class, that get rid of the class. The class would still be intact, wouldn't it? Because that was never appealed. Your Honor, what we have challenged is the viability of this class action. And we have challenged the certification order because the way the class was handled was without. That's how it's handled. I mean, you had an opportunity under 23F to appeal. There was no appeal taken then. I'm not being artful in saying this, so allow me to try to be more clear. The court has a continuing obligation to monitor the certification order. So that certification order lives with the case. And the district court, as this court has laid out, especially in class action cases, defendant's class action cases, has the obligation to monitor that order to monitor the case. And so what we have argued and what we are requesting is that because there was a failure to do that, that this court reverse and remand on the issue of the certification order with regard to the class's ability to litigate some of the class-wide issues that were... So you're asking that we decertify and start the process over. How would that affect... Are you saying that settlements that had just been talked about that had been reached on the basis of that, would they be undone? Wouldn't that be the implications of the relief you're requesting? Yes, that would be. And we recognize that that presents a practical consideration. And there have been distributions he's represented. But think about this. These class members were told, and this is something that Your Honor has asked about, about the fundamental fairness. If you're one of the class members and you're told your damages are X, those have never been tested, you have to now prove that you were paid something different. Proving a negative. Now what happens when... Let's be fair. They have a record in their files that were kept in the ordinary course of business of the amount of money received from Mrs. Jones. They also have a record of the amount of money they paid Mrs. Jones. And they have done simple mathematics to conclude that Mrs. Jones received more than $1,000. Now Mrs. Jones has got that document and she has checks or payments. They don't have the checks or the payments, a bank deposit. They have their record that kept what she put in. She can say, oh, they overlooked this, or I didn't get this payment. And she can go challenge that under the order. But the fact is we're not without evidence. There is sufficient evidence presented with business records of the damages. The question is whether we recognize their imperfections and the court addressed that. But that doesn't get... I'm very troubled by what we can do at this point. There was no motion to stay. The class, as you say, is a dynamic type of thing. There have been settlements. There have been distributions. And in order to be fair and out to class members, there are victims and there are class members who have more money than the victims. It is complicated because there are a number of now subclasses that exist as it relates to the appellant's claims. For example, I can tell you, Your Honor, that within our small group, some of those individuals contested their damages. They said, look, I never received what you're saying I received. And the receiver said, we disagree. And at that point, there is no way to challenge what the receiver is saying are his damages. No one's ever been able to look under the hood. The process order lays it out in detail, step by step. You go to the mediator. You go to the district court.  You get your discovery. All of that is laid out in detail. And I don't understand why you're ignoring it. It goes on for pages. I believe it's in paragraph 21 of that order. In order to even get to the special master, you have to agree that that decision will be binding if the other side wants it so. And so it is a lot of text and a lot of paragraphs, but the reality is you don't have the ability to actually get to a trial on damages or to conduct discovery to look under the hood of the receiver's damages. But falling back to your question to the panel is the inability, Your Honors, to challenge and to fight on damages. We talk about fighting because that was raised in their brief. I want to clarify one thing on that, and that is that when that was said, when one of the defense counsels said, we're here to fight, the full quote from what that counsel said in the record is, my guys are here to fight. They have the same issue, though, that Mr. Alexander's clients have. There's a limited pool of money. But getting back to the point, they're in a different situation where you have some members of the class who have judgments against them,  You have others who have settled. But of course we know that they've settled because some of them feeling they have no option. Of course they don't, but a defendant in an ordinary lawsuit who's sued for constructive trust doesn't have an option. When a plaintiff sues a defendant who received money inappropriately, the defendant says, oh, I don't have enough money to fight this. How do we handle that? Default judgment, summary judgment, whatever happens. But if somebody, the court monitors that, but if somebody received money that should not have been received and can be disgorged, and that person spent it, a lot of these people have spent their money and they probably don't have the money to fight it, but that's the reality of every defendant in every context. What's most troubling in this context, in this case, is that they were on the right track with BRG. BRG was doing the analysis that one would have hoped this class action would have done, and that is to look at the receiver's damages as it relates to the individuals. We have not heard yet why they shelved the Phase 1 report, which was highly critical of the FDI's report. To the extent, Your Honor, I've never seen one prominent expert firm like BRG suggest spoliation on the other side and suggest that they weren't cooperating and had laid out a plan to look at the damages. What happened? Without class counsel, because he wasn't appointed yet, that report gets shelved. Except, you keep saying there's no class counsel. There were lawyers fighting for the representative parties who had been designated class representatives. So these representative parties were represented by counsel and they knew they were representing the class, the representative parties, because that had been ordered by the court in February. So it seems to me it's disingenuous to say that the class had no counsel. Even with that, Your Honor, even with a group of representatives who were in spirit acting as the class, what happened to the Phase 1 plan where there was going to actually be a class-wide challenge to damages? That gets shelved. The FTI's numbers go unchallenged. The Phase 2 report comes out and we see clearly in that report that they were instructed to exclude an assessment of the individual damages. So if we take a step back, I just want to leave the court with this important point. Time's up. Why don't you finish up? That is simply that class actions can't abridge rights. They can't abridge substantive rights. And we submit that the failure to allow these parties to effectively litigate one of the most important aspects of this case, which was their net winnings, was an abridgement, a constitutional abridgement of that. And we recognize that there are thousands of class members, but that shouldn't be a reason to move forward and to, just to culminate this case for convenience, it's a reason to step back and to try to make what we believe was an injustice. Thank you, Mr. Shackel. We'll come down and greet counsel and proceed on to the next case.
judges: Paul V. Niemeyer, Barbara Milano Keenan, A. Marvin Quattlebaum Jr.